## CONSTITUTIONAL LAW—ORDINANCES.

[Franklin Circuit Court, 1896.]

## * HUTCHINSON v. COLUMBUS.

SECTION 2289a, REV. STAT., IS CONSTITUTIONAL.

Section 2289a, Rev. Stat., curing irregularities in the passage of ordinances in violation of Sec. 1694, Rev. Stat., by passing several ordinances on one vote, is constitutional.

MEMORANDUM OF DECISION.

This case involved the constitutionality of Sec. 2289a, Rev. Stat., passed January 11, 1893, curing irregularities in the passage of ordinances in violation of Sec. 1694, Rev. Stat., by passing several ordinances by the one vote. The plaintiff was assessed for a street improvement. She enjoined the collection of the assessment, claiming that it was illegal, on the ground, among others, that the law curing omnibus legislation by the city councils was unconstitutional. The circuit court, however, held the law to be constitutional and that the plaintiff was liable for the assessment.

---

## STREET RAILWAYS.

[Hamilton Circuit Court, 1896.]

Cox, Smith and Swing, JJ.

## CINCINNATI v. CINCINNATI STREET RAILWAY CO.

VALID EXTENSION OF STREET RAILWAY.

An ordinance granting an extension of a street railway as an electric passenger road to run in different directions than the original route, and providing that no increase of rates of fare shall be imposed, etc., is valid.

APPEAL.

*Corporation Counsel*, for city.

*Paxton, Warrington & Boutet*; *Foraker & Prior*, and *Kittredge & Wilby*, for street railway company.

This was the suit to enjoin the operation of the Fairmount line of street railway as an extension of route 13 (the Avondale line). The case was heard below on demurrer to the petition. The demurrer was sustained.

SWING, J.

We think the judgment of the superior court in this case should be affirmed for the reasons stated by Smith, J., in his very clear and learned opinion found in Cincinnati v. Railway Co., 1 Dec. 591 (31 B. 308).

* Affirmed by Supreme Court, 60 Ohio St. 584.